Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAMO SHEEPSKIN, INC., a California Corporation; JOSEPH LI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 16-3891-GW(GJSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>**Honorable George H. Wu** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

Dated: June 23, 2017

_____
GEORGE H. WU,
**United States District Judge**

1
**[PROPOSED] ORDER**